UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS EDUARDO VELIZ CANTE,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, Field Office Director of Enforcement and Removal Operations, et al.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:26-cv-12123-IT |

ORDER

TALWANI, D.J.

On June 3, 2026, the court granted Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordered Respondents to "either release Petitioner or provide him a constitionally-adequate bond hearing" by no later than June 10, 2026. Mem. & Order 3 [Doc. No. 9]. Petitioner received a bond hearing on June 10, 2026, during which "an immigration judge denied bond on the ground that Petitioner . . . is a danger to the community by clear and convincing evidence and there is no alternative to detention that exists that would ensure the safety of the community." Status Rep. 1 [Doc. No. 10] (quotation omitted).

Respondents report that "an immigration judge ordered Petitioner removed" on July 27, 2026. Assented-To Mot. to Dismiss[] and Notice of Intent to Transfer Pet. to Effecuate Removal Order 1 [Doc. No. 11] ("Mot."). Petitioner waived his appeal, and his removal order is now final. Id. (citing 8 C.F.R. § 1003.39).

Respondents have notified the court that they intend "to transfer Petitioner from Massachusetts for purposes of effectuating his removal." Id. at 2. Accordingly, Respondents, with Petitioner's assent, have moved to dismiss the Petition [Doc. No. 1] and "seek relief from"

the court's Order Concerning Service of Petition and Stay of Transfer or Removal [Doc. No. 4]. Mot. 1 [Doc. No. 11].

Petitioner's requested relief having been granted, see Mem. & Order 3 [Doc. No. 9], and in light of Petitioner's now-final order of removal, the court GRANTS Respondents' Motion [Doc. No. 11] and VACATES the Order Concerning Service of Petition and Stay of Transfer or Removal [Doc. No. 4]. The clerk is directed to CLOSE this matter.

IT IS SO ORDERED.

October 7, 2026

/s/ Indira Talwani
United States District Judge